AO 440 (Delaware Rev. 7/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District Of Delaware

Tattoo Johnny, Inc.

v.

Matthew Walker

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

08-035-(SLR)

TO: Matthew Walker
351 Wedgewood Rd.
Newark, Delaware 19711

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David E. Wilks, Esq.
Katherine V. Jackson, Esq.
Reed Smith LLP
1201 Market Street
Suite 1500
Wilmington, DE 19801

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Peter T. Dalleo
CLERK

(By) DEPUTY CLERK

January 16, 2008
DATE

AO 440 (Delaware Rev. 7/00) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 1-23-2008 |
| NAME OF SERVICE (PRINT) William Theis | TITLE: Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the third-party defendant. Place where served: 351 Wedgewood Rd Newark, DE 19711

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1/23/08
Date

Signature of Server

230 N Market St. Wilmington DE 19801
Address of Server

[(1)] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure