IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

TATTOO JOHNNY, INC.,             )
a New Jersey Corporation,        )
                                 )
            Plaintiff,           )
                                 )   C. A. No. 08-035 (SLR)
      v.                         )
                                 )
MATTHEW WALKER,                  )   **JURY TRIAL DEMANDED**
                                 )
            Defendant.           )

## STIPULATION AND ORDER

The parties, by their undersigned attorneys, hereby stipulate and agree:

**WHEREAS**, the plaintiff Tattoo Johnny, Inc. ("Tattoo Johnny)" filed a complaint

in the above-captioned Court against defendant Matthew Walker ("Defendant") on

January 16, 2008;

**WHEREAS**, Defendant has requested that Tattoo Johnny agree to extend the

time for Defendant to answer or otherwise respond to Tattoo Johnny's complaint;

**WHEREAS**, the parties believe good cause exists to extend the time for

Defendant to answer or otherwise respond to Tattoo Johnny's complaint; and

**WHEREAS**, Tattoo Johnny has agreed to extend the time for Defendant to

answer or otherwise respond to Tattoo Johnny's complaint until and including February

26, 2008;

**[THIS SPACE INTENTIONALLY LEFT BLANK]**

**IT IS HEREBY STIPULATED AND AGREED**, by and between Tattoo

Johnny and Defendant, through their respective counsel, that the time for Defendant to

answer or otherwise respond to Tattoo Johnny's complaint shall be extended until and

including February 26, 2008.

REED SMITH LLP                              POTTER ANDERSON & CORROON LLP

By:  /s/David E. Wilks                      By:  /s/William R. Denny
     David E. Wilks (#2793)                      William R. Denny (#2580)
     Katherine V. Jackson (#4800)                James M. Kron (#3898)
     Suite 1500                                  Hercules Plaza, 6th Floor
     1201 Market Street                          1313 North Market Street
     Wilmington, Delaware  19801                 P.O. Box 951
     Tel.: (302) 778-7510                        Wilmington, Delaware  19899-0951
     dwilks@reedsmith.com                        Tel:  (302) 984-6000
     kjackson@reedsmith.com                      wdenny@potteranderson.com
                                                 jkron@potteranderson.com

*Attorneys For Plaintiff*
                                            *Attorneys for Defendants*

Dated:  February 12, 2008


     **IT IS SO ORDERED** this _____ day of_____, 2008.


                                  _____
                                       Honorable Susan L. Robinson



848110 / 30325




2