IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TATTOO JOHNNY INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 08-35-SLR |
| MATTHEW WALKER, | ) ) ) |
| Defendant. | ) |

**DEFAULT IN APPEARANCE**

AN ENTRY OF DEFAULT IN APPEARANCE is entered against defendant Matthew Walker pursuant to Federal Rule of Civil Procedure 55(a) as defendant has failed to answer or otherwise respond to the complaint.

Dated: June 11, 2008

_____
(By) Deputy Clerk