IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TATTOO JOHNNY INC., | ) |
| Plaintiff, | ) |
| v. | ) Civ. No. 08-35-SLR |
| MATTHEW WALKER, | ) |
| Defendant. | ) |

ORDER

At Wilmington this 11th day of June, 2008, there having been no activity in the above-captioned case since February 19, 2008;

IT IS ORDERED that, on or before **July 15, 2008**, plaintiff shall show cause why the above-captioned action should not be dismissed for failure to prosecute. FAILURE TO TIMELY RESPOND TO THIS ORDER SHALL RESULT IN DISMISSAL OF THE ACTION.

_____
United States District Judge